UNITED STATES of America,
Plaintiff–Appellee

v.

James T. HARRISON, Jr.,
Defendant–Appellant.

No. 10–30917
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 14, 2011.

Josette Louise Cassiere, Assistant U.S. Attorney, U.S. Attorney's Office, James G. Cowles, Jr., Assistant U.S. Attorney, Shreveport, LA, for Plaintiff–Appellee.

Douglas Lee Harville, Harville Law Firm, L.L.C., Shreveport, LA, for Defendant–Appellant.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent James T. Harrison, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Harrison has filed a response, moving for the appointment of new counsel. This motion, however, is untimely. *Cf. United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998). We have reviewed counsel's brief and the

relevant portions of the record reflected therein, as well as Harrison's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. MOTION FOR APPOINTMENT OF COUNSEL DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.